Roger N. Behle, Jr., State Bar No. 174755
Justin P. Karczag, State Bar No. 223764
Kevin D. Gamarnik, State Bar No. 273445
FOLEY BEZEK BEHLE & CURTIS, LLP
575 Anton Boulevard, Suite 710
Costa Mesa, California 92626
Telephone: (714) 556-1700
Facsimile:  (714) 546-5005
Email: rbehle@foleybezek.com
       jkarczag@foleybezek.com
       kgamarnik@foleybezek.com

Attorneys for Plaintiff,
The Property Sciences Group, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PROPERTY SCIENCES GROUP, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE CAPITAL MORTGAGE CORPORATION, a California Corporation, and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.:   11-CV-02687 PJH<br><br>*Assigned to District Judge Phyllis J. Hamilton*<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO THE SAME DATE AS HEARING ON MOTION TO COMPEL ARBITRATION, SEPTEMBER 14, 2011; [~~PROPOSED~~] ORDER**   AS MODIFIED BY THE COURT |

1  Pursuant to Civil Local Rule 6-2, the Parties hereby submit the following
2  Stipulation and Proposed Order:

3  RECITALS

4  WHEREAS, a Case Management Conference is presently set for August 25th,
5  at 2:00 pm in Courtroom 3, before the above-entitled Court,

6  WHEREAS, Defendant has filed a Motion to Compel Arbitration that has
7  been set to be heard on September 14, 2011 at 9:00 a.m. in Courtroom 3, before the
8  above-entitled Court,

9  WHEREAS, there is good cause for continuing the Case Management
10 Conference until the time the Court rules on the Motion to Compel Arbitration
11 because the results of that Motion could determine the future course of the
12 litigation,

13 WHEREAS, previously the parties twice stipulated to extend the time for
14 Defendant to respond to the Complaint by less than 30 days total, and these have
15 been the only prior extensions,

16 WHEREAS, the parties wish to continue the Case Management Conference
17 until after the ruling on the Motion to Compel Arbitration, as well as the other
18 deadlines automatically associated with the Case Management Conference, to
19 September 14, 2011 at 2:00 p.m., or a date and time thereafter that the Court
20 determines is best for its calendar,

21 WHEREAS, because this is the first Case Management Conference, no other
22 dates will be affected by this extension,[1]

23 STIPULATION

24 NOW THEREFORE, the parties, by and though their counsel of record do
25 hereby stipulate to extend the Case Management Conference and the dates
26 automatically associated with it from August 25th, 2011 at 2:00 p.m. to September
27
28 [1] The parties contemplate contacting the ADR Office to postpone the related ADR deadlines once the Court makes a decision on this request.

14th, 2011 at 2:00 p.m., or a date and time thereafter that the Court determines suits its calendar,

So stipulated,

DATED:  August 17, 2011         **HARVEY SISKIND, LLP**

By:  _____/s/_____.
     Matthew A. Stratton
     Attorneys for Defendant,
     Pinnacle Capital Mortgage Corporation

DATED:  August 17, 2011         **FOLEY BEZEK BEHLE & CURTIS, LLP**

By:  *s/Roger N. Behle, Jr*_____.
     Roger N. Behle, Jr.,
     Attorneys for Plaintiff,
     The Property Sciences Group, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The Case Management Conference presently scheduled for August 25th is continued to ~~September 14,~~ September 29, 2011, at 2:00 pm in Courtroom 3; and,

2. All dates and deadlines associated with the Case Management Conference are continued to correspond to the new date.

8/19/11
_____                    _____
DATE                                       HON. PHYLLIS J. [signature: IT IS SO ORDERED / Judge Phyllis J. Hamilton]
                                                 UNITED STATES DISTRICT COURT JUDGE